UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

**NEKYLE A. CHANEY,**
    Plaintiff,

v.

**DUANE OWENS,**
    Defendant.

Case No. 5:22-cv-363-CLM-GMB

## ORDER

The magistrate judge has entered a report, recommending that the court deny Plaintiff Nekyle A. Chaney's motion for preliminary injunction (doc. 5). Although the magistrate judge advised Chaney of his right to object within 14 days of the report, the court has received no objections.

After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **DENIES** Chaney's motion for preliminary injunction (doc. 5). The court also **ORDERS** that this case be referred to the magistrate judge for further proceedings.

**Done** and **Ordered** on January 30, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE